## DISCIPLINARY CASES

**2006–0061.   Cincinnati Bar Assn. v. Kenney.**
On October 25, 2010, respondent, James P. Kenney, filed an application for termination of probation. Upon consideration thereof, the court finds that respondent has substantially complied with Gov.Bar R. V(9)(D) and with its order, dated June 5, 2007, in which the court reinstated him and placed him on probation for two years. Upon consideration thereof,

It is ordered by this court that the probation of respondent, James P. Kenney, Attorney Registration No. 0023854, last known business address in Cincinnati, Ohio, is terminated.

It is further ordered that the Clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(8)(D)(1), that publication be made as provided for in Gov.Bar R. V(8)(D)(2), and that respondent bear the costs of publication.

**2007–1592.   Columbus Bar Assn. v. Vogel.**
On November 17, 2010, respondent, John William Vogel, filed an application for termination of probation. Upon consideration thereof, the court finds that respondent has substantially complied with Gov.Bar R. V(9)(D) and with its order, dated October 30, 2009, in which the court reinstated him and placed him on probation for a period of twelve months. Upon consideration thereof,

It is ordered by this court that the probation of respondent, John William Vogel, Attorney Registration No. 0071169, last known business address in Cleveland, Ohio, is terminated.

It is further ordered that the Clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(8)(D)(1), that publication be made as provided for in Gov.Bar R. V(8)(D)(2), and that respondent bear the costs of publication.

## CASE ANNOUNCEMENTS

*December 20, 2010*

[Cite as *12/20/2010 Case Announcements*, 2010-Ohio-6237.]

## MOTION AND PROCEDURAL RULINGS

**2010–1105.   State v. Osie.**
Butler C.P. No. CR2009020302. This cause is pending before the court as an appeal from the Court of Common Pleas of Butler County. Upon consideration of appellant's motion to supplement the record, It is ordered by the court that the motion is granted.

It is further ordered that the Clerk of Courts for Butler County shall supplement the record with a transcript of the February 18, 2009 hearing within ten days of the date of this entry.

## CASE ANNOUNCEMENTS

*December 20, 2010*

[Cite as *12/20/2010 Case Announcements #2*, 2010-Ohio-6284.]

## MOTION AND PROCEDURAL RULINGS